Rhode Island and Providence Plantations
rtment of Environmental Management
e of the Director
Street
ce, RI 02908

. DeVillars, Regional Administrator
ited States Environmental Protection Agency, Region I
hn F. Kennedy Federal Building
ston, MA 02203-2211

15 June 1994

Mr. DeVillars:

is to advise you that the State of Rhode Island concurs with the selected source control dy detailed in the June 1994 Record of Decision for the Remedial Action of the Central ill Superfund site. This concurrence is based upon all aspects of the abovementioned rd of Decision being adequately addressed and implemented during design, construction peration of the remedy.

Department wishes to specifically emphasize that the remedy, as proposed and emented, must ensure compliance with all applicable or relevant and appropriate State ederal statutes, regulations and policies.

rmore, both agencies must continue to progress on the second operable unit for this site, ing the investigation and analysis of off-site contaminant migration both from the al Landfill itself and any neighboring sites which have been identified.

lly, I urge EPA to make every effort to assure that the remedy will be implemented in mely and efficient manner and that it be implemented, over time, in a coordinated manner h the licensed disposal activities ongoing at this property.

nk you for providing us with an opportunity to review and concur with this important rd of Decision.

ely,

el Annarummo, Director
rtment of Environmental Management

James Fester, Associate Director, DEM
Frank Ciavattieri, Acting Director, EPA Region I Waste Management Division
Dennis Huebner, Chief, EPA Region I, NH & RI Waste Management Branch
Terrence Gray, Chief, DEM Division of Site Remediation