AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

RHODE ISLAND RESOURCE
RECOVERY CORPORATION

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

THE RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, by and Through its Director, W. MICHAEL SULLIVAN and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, NEW ENGLAND REGION, by and through its Regional Administrator, ROBERT W. VARNEY

CA 05 451 ML

TO: (Name and address of defendant)

The Rhode Island Department of Environmental
Management, by and Through its Director
W. Michael Sullivan
235 Promenade Street
Providence, RI 02908

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia K. Rocha, Attorney
R. Bart Totten, Esquire
Kristen W. Sherman, Attorney
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Richard A. Sherman, Esquire
Raymond M. Ripple, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Burke
Chief Deputy Clerk

CLERK

10/26/05
DATE

Barbara Barletta
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 27 October, 2005 |
| NAME OF SERVER (PRINT) George R. Clark | TITLE Constable #6025 |

FILED
2005 OCT 31 ED
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (*specify*): Served on authorized agent to receive service listed below for the Rhode Island Department of Environmental Management.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 45.— |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 27 October, 2005
*Date*

George R. Clark, Constable #6025
*Signature of Server*

84 Weaver Rd. Johnston, R.I. 02919
*Address of Server*

[signature] Executive Counsel
RIDEM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.