UNITED STATED DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND RESOURCE
RECOVERY CORPORATION

*Plaintiff*

v. C.A. No.05-451 ML

THE RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, by and through its Director, W. MICHAEL SULLIVAN and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, NEW ENGLAND REGION, by and through its Regional Administrator, ROBERT W. VARNEY

*Defendants*

**ANSWER OF RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT**

1. Defendant Rhode Island Department of Environmental Management (hereinafter, "RIDEM") is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 1 and leaves the Plaintiff to its proof thereof.

2. RIDEM is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 2 and leaves the Plaintiff to its proof thereof.

3. RIDEM admits the averments set forth in Paragraph 3 of Plaintiff's Complaint.

4. RIDEM admits the averments set forth in Paragraph 4 of Plaintiff's Complaint.

5. RIDEM admits that the Environmental Protection Agency is an agency organized and existing under the laws of the United States. RIDEM is without knowledge or information sufficient to form a belief as to the truth of the other averments contained in Paragraph 5 and leaves the Plaintiff to its proof thereof.

6. RIDEM admits the averments set forth in Paragraph 6 of Plaintiff's Complaint.

7. RIDEM admits the averments set forth in Paragraph 7 of Plaintiff's Complaint.

8. RIDEM is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 8 and leaves the Plaintiff to its proof thereof.

9. RIDEM admits the averments set forth in Paragraph 9 of Plaintiff's Complaint.

10. Paragraph 10 of Plaintiff's Complaint sets forth no facts, but merely quotes from the Federal statute. Therefore, RIDEM neither admits nor denies, but leaves Plaintiff to its proof thereof.

11. Paragraph 11 of Plaintiff's Complaint sets forth no facts, but merely quotes from the Federal regulation. Therefore, RIDEM neither admits nor denies, but leaves Plaintiff to its proof thereof.

12. RIDEM denies the averments set forth in Paragraph 12 of Plaintiff's Complaint.

13. RIDEM denies the averments set forth in Paragraph 13 of Plaintiff's Complaint.

14. RIDEM denies the averments set forth in Paragraph 14 of Plaintiff's Complaint.

15. RIDEM denies the averments set forth in Paragraph 15 of Plaintiff's Complaint.

16. RIDEM admits the averments set forth in Paragraph 16 of Plaintiff's Complaint.

17. RIDEM is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 17 and leaves the Plaintiff to its proof thereof.

18. RIDEM denies the averments set forth in Paragraph 18 of Plaintiff's Complaint.

19. RIDEM denies the averments set forth in Paragraph 19 of Plaintiff's Complaint.

20. RIDEM admits the averments set forth in Paragraph 20 of Plaintiff's Complaint.

21. RIDEM denies the averments set forth in Paragraph 21 of Plaintiff's Complaint.

22. RIDEM denies the averments set forth in Paragraph 22 of Plaintiff's Complaint.

23. RIDEM is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 23 and leaves the Plaintiff to its proof thereof.

24. RIDEM denies the averments set forth in Paragraph 24 of Plaintiff's Complaint.

25. RIDEM denies the averments set forth in Paragraph 25 of Plaintiff's Complaint.

26. RIDEM denies the averments set forth in Paragraph 26 of Plaintiff's Complaint.

27. RIDEM denies the averments set forth in Paragraph 27 of Plaintiff's Complaint.

28. RIDEM denies the averments set forth in Paragraph 28 of Plaintiff's Complaint.

29. RIDEM denies the averments set forth in Paragraph 29 of Plaintiff's Complaint.

**COUNT I.**

30. RIDEM restates and reaffirms its responses to Paragraphs 1-29 as set forth herein.

31. RIDEM denies the averments set forth in Paragraph 31 of Plaintiff's Complaint.

32. Paragraph 32 of Plaintiff's Complaint sets forth no facts, but merely quotes from the Federal statute. Therefore, RIDEM neither admits nor denies, but leaves Plaintiff to its proof thereof.

33. RIDEM admits the averments set forth in Paragraph 33 of Plaintiff's Complaint.

34. RIDEM denies the averments set forth in Paragraph 34 of Plaintiff's Complaint.

35. RIDEM denies the averments set forth in Paragraph 35 of Plaintiff's Complaint.

36. RIDEM denies the averments set forth in Paragraph 36 of Plaintiff's Complaint.

WHEREFORE, RIDEM respectfully requests that the Plaintiff's Complaint be dismissed and that RIDEM be awarded its costs in defending this action.

**DEFENSES**

1. The Complaint fails to state a claim against RIDEM upon which relief can be granted.

2. The Complaint fails for insufficiency of service of process.

**AFFIRMATIVE DEFENSES**

First Affirmative Defense

Plaintiff's claims are barred by the law of the case.

Second Affirmative Defense

Plaintiff's claims are barred by estoppel.

Third Affirmative Defense

Plaintiff's claims are barred by illegality and "unclean hands".

Fourth Affirmative Defense

Plaintiff's claims are barred by *laches*.

Fourth Affirmative Defense

Plaintiff's claims are barred by license.

Fifth Affirmative Defense

Plaintiff's claims are barred by *res judicata*.

Sixth Affirmative Defense

Plaintiff's claims are barred by waiver.

Seventh Affirmative Defense

Plaintiff's claims are barred by the Abstention Doctrine.

RIDEM
By its attorney,

John A. Langlois, #3488
DEM OFFICE OF LEGAL SERVICES
235 Promenade Street
Providence, RI 02908
(401) 222-6607

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Answer was mailed, postage prepaid, to the following attorneys of record on November 15, 2005:

Patricia K. Rocha, Esquire
R. Bart Totten, Esquire
Kristen W. Sherman, Esquire
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Richard A. Sherman, Esquire
Raymond M. Ripple, Esquire
Edwards & Angell LLP
2800 Financial Plaza
Providence, RI 02903

Stephen Crowley, Esquire
Environmental Defense Section
United States Department of Justice
601 D Street, NW Suite 8000
Washington, D.C. 20004