✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

## APPEARANCE

Case Number: 1:05-cv-00451-ML-LDA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant United States Environmental Protection Agency

I certify that I am admitted to practice in this court.

11/22/2005
Date

Signature

Stephen E. Crowley
Print Name

Bar Number

U.S. Department of Justice/EDS, P.O. Box 23986
Address

Washington
City

D.C.
State

20026-3986
Zip Code

(202) 514-0165
Phone Number

(202) 514-8865
Fax Number

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 22nd day of November, 2005, served a true and correct copy of the foregoing APPEARANCE on all counsel of record, by first-class mail, postage prepaid, as follows:

Patricia K. Rocha
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Richard W. Sherman
Raymond M. Ripple
Edwards & Angel LLP
2800 Financial Plaza
Providence, RI 02903

John A. Langlois
RIDEM Office of Legal Services
235 Promenade Street
Providence, RI 02908

Stephen E. Crowley
Attorney for the United States