UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND RESOURCE RECOVERY CORPORATION, *Plaintiff,* | : | |
| vs. | : | C.A. No. 05-451-ML |
| RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *Defendants.* | : | |

**DECLARATION OF R. BART TOTTEN**

R. BART TOTTEN, under penalty of perjury, declares as follows:

1. I am a partner with the firm of Adler Pollock & Sheehan, P.C., attorneys for plaintiff Rhode Island Resource Recovery Corporation. I submit this declaration based on personal knowledge in connection with the Corporation's opposition to the United States' Motion to Dismiss the Complaint in the above-captioned matter.

2. In accord with Fed. R. Civ. P. Rule 4(i), I caused the Complaint in the above-captioned matter to be served on the United States in the following manner:

(a) by causing to be delivered by hand a copy of the summons and the complaint to the United States Attorney for the District of Rhode Island, as reflected on the return of service appended hereto at Tab A.;

(b) by causing to be delivered by certified mail a copy of the summons and the complaint to the Attorney General of the United States at Washington, D.C., as reflected on the the U.S. Mail certified mail card appended hereto at Tab B; and

(c) by causing to be delivered by certified mail a copy of the summons and the complaint to the United States Environmental Protection Agency, Region I, in Boston, Massachusetts, as reflected on the U.S. Mail certified mail card appended hereto at Tab C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 13, 2006, in Providence, Rhode Island.

R. BART TOTTEN

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January, 2006, a copy of the within Declaration of R. Bart Totten was served by first-class mail on:

Steven E. Crowley
Sue Ellen Wooldridge
U. S. Dept. of Justice
Environmental Defense Section
P. O. Box 23986
Washington, DC 20026-3986

and

John Langlois, Esq.
Rhode Island Department of Environmental Management
Office of Legal Services
235 Promenade Street
Providence, Rhode Island 02908.

Debra Humm

*367965_1.DOC*