# United States District Court

DISTRICT OF RHODE ISLAND

RHODE ISLAND RESOURCE
RECOVERY CORPORATION

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

THE RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, by and Through its Director, W. MICHAEL SULLIVAN and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, NEW ENGLAND REGION, by and through its Regional Administrator, ROBERT W. VARNEY

CA 05 451

TO: (Name and address of defendant)

United States Environmental Protection Agency
New England Region, by and through its Regional
Administrator, Robert W. Varney
c/o U.S. Attorney's Office - District of Rhode Island
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Patricia K. Rocha, Attorney
R. Bart Totten, Esquire
Kristen W. Sherman, Attorney
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Richard A. Sherman, Esquire
Raymond M. Ripple, Esquire
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J Duke
Chief Deputy Clerk

CLERK

DATE 10/26/05

Barbara Barletta
(BY) DEPUTY CLERK

## RETURN OF SERVI(

| Service of the Summons and Complaint was made by me [1] | DATE 27 October, 2005 |
|---|---|
| NAME OF SERVER (PRINT) George R. Clark | TITLE Constable #6025 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify)*: Served on authorized agent to receive service for the United States Environmental Protection Agency

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 45.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 27 October, 2005
Date

George R. Clark, Constable #6025
Signature of Server

84 Weaver Rd., Johnston, R.I. 02919
Address of Server

[illegible] 10/27/05 @ 1:10 PM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.