ORIGINAL FILE COPY

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401·274·7200
Fax 401·751·0604 / 351·4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617·482·0600
Fax 617·482·0604

www.apslaw.com

October 27, 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**RE: Rhode Island Resource Recovery Corporation**
**vs. The Rhode Island Department of Environmental Management**
**U.S. District Court of Rhode Island, C.A. No. 05-451**

Dear Sir or Madam:

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, I have enclosed a copy of the summons and complaint filed in the above-referenced matter. Also enclosed please find Plaintiff's Motion and Memorandum in Support for Preliminary Injunction.

Very truly yours,

R. BART TOTTEN

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

NOV 1 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7099 3400 0005 6311 6750

PS Form 3811, August 2001 Domestic Return Receipt 102595-01-M-2509

City, State, ZIP+4

of the State Capital Global Law Firm Group practice and not in a relationship for the joint practice of law.