**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND RESOURCE RECOVERY CORPORATION** | : | |
| **Plaintiffs** | : | |
| vs. | : | **C.A. No. 05-451ml** |
| **THE RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, by and Through its Director, W. MICHAEL SULLIVAN and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, NEW ENGLAND REGION, by and through its Regional Administrator, ROBERT W. VARNEY,** | : | |
| **Defendants** | : | |

**ENTRY OF APPEARANCE**

I, Michael Rubin, Special Assistant Attorney General, do hereby enter my appearance on behalf of Defendant, State of Rhode Island (howsoever named in the caption). This appearance is not to display co-counsel who was already appeared.

Respectfully Submitted,

STATE OF RHODE ISLAND
By its Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Michael Rubin, #3656
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2116
(401) 222-3016 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the foregoing was ~~hand delivered~~ mailed to those listed below, on this 22 day of March, 2006.

Patricia K. Rocha, Esq.
R. Bart Totten, Esq.
Kristen W. Sherman, Esq.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Richard A. Sherman, Esq.
Raymond M. Ripple, Esq.
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903

John A. Langlois, Esq.
Deputy Chief Legal Counsel
DEM – Office of Legal Services
235 Promenade Street
Providence, RI 02908