UNITED STATED DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND RESOURCE RECOVERY CORPORATION
*Plaintiff*

v. C.A. No.05-451-ML

THE RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, by and through its Director, W. MICHAEL SULLIVAN
*Defendant*

**STIPULATION**

By Pretrial Order dated February 6, 2006, the Court ordered the parties to file any dispositive motions by April 7, 2006. In conference, the Court gave the parties leave to extend the April 7 date for an additional thirty days by stipulation. The Defendant seeks such leave, and the Plaintiff consents to such relief. Therefore, the parties hereby stipulate and agree to extend the date to file dispositive motions by thirty days, that is until **May 8, 2006**.

Respectfully submitted,

FOR THE PLAINTIFF:

Patricia K. Rocha, Esq. #2793
R. Bart Totten, Esq. #5095
Jeffrey K. Techentin, Esq. #6651
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200

Richard A. Sherman, Esq. #1190
Raymond M. Ripple, Esq. #6489
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 276-6513

Enter: Mary M. Lisi, USDJ 4/6/06

FOR THE DEFENDANT:

John A. Langlois, Esq. #3488
Deputy Chief Legal Counsel
DEM – Office of Legal Services
235 Promenade Street
Providence, RI 02908
Tel: (401) 222-6607

Michael Rubin, #3656
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400