RHODE ISLAND
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
235 Promenade Street, Providence, RI 02908-5767 TDD 401-222-4462

**Certified Mail**
**Notice of Intent to Enforce (OWM/WFM # 2005-06)**

August 11, 2005

Mr. Claude Cote
Rhode Island Resource Recovery Corporation (RIRRC)
65 Shun Pike
Johnston, RI 02919

Dear Mr. Cote:

Enclosed please find a Notice of Intent to Enforce (NOI) issued to the Rhode Island Resource Recovery Corporation, Central Landfill located at 65 Shun Pike, Johnston, Rhode Island, in connection with the deficiencies observed during the inspection on July 26, 2005.

As is stated in the NOI, a written response is required within fifteen (15) days indicating your compliance with the required actions in the time frame indicated. Prompt, complete and continuing compliance with this Notice may stay the commencement of administrative-legal action and/or the assessment of administrative penalties.

Please contact Walid Ali at (401)-222-2797, extension 7512 if you have any questions concerning your responsibilities; however, communication in any form other than writing shall not be deemed a satisfactory response to this NOI.

Sincerely,

Laurie Grandchamp, Supervising Engineer
Department of Environmental Management
Office of Waste Management

Enclosure

cc: Terrence Gray, Assistant Director
Leo Hellested, Chief, OWM
Matthew DeStefano, OWM
John Langlois, Esq., Office of Legal Services
Dean Albro, Chief, OC&I
Tracey Tyrrell, Supervising Engineer, OC&I

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
DEPARTMENT OF ENVIRONMENTAL MANAGEMENT

OFFICE OF WASTE MANAGEMENT
WASTE FACILITY MANAGEMENT PROGRAM

IN RE: Rhode Island Resource Recovery Corporation (RIRRC) – Central Landfill
65 Shun Pike
Johnston, Rhode Island

OWM/WFM # 2005-06

NOTICE OF INTENT TO ENFORCE

You are hereby notified that the Director of the Department of Environmental Management (the "Director") has reasonable grounds to believe that the following Party has violated certain provisions of the Rules and Regulations for Composting Facilities and Solid Waste Management Facilities.

Prompt, complete and continuing compliance with this Notice may stay the commencement of administrative-legal action and/or the assessment of administrative penalties. If you have any questions regarding this Notice, then please contact Walid Ali at (401) 222-2797 extension 7512.

A. Party

The Rhode Island Department of Environmental Management's records indicate that (Rhode Island Resource Recovery Corporation (RIRRC) is the owner/operator of the above-referenced solid waste management facility. RIRRC is potentially responsible, in whole or in part, for the violations identified in this Notice.

B. "Findings of Fact" Surrounding the Alleged Noncompliance

1) RIRRC, Central Landfill is a licensed solid waste management facility pursuant to the "Rules and Regulations for Composting Facilities and Solid Waste Management Facilities". The most recent license, License No. 65, was issued to RIRRC on July 15, 2004 to operate Central Landfill, Phase V, Southeast Landfill.

2) Phase I of Central landfill (unlined landfill) has been closed since 1993. RIRRC (previously known as RISWMC) ceased disposal of solid waste at Phase I as of its closure date.

3) RIDEM personnel inspected the Central Landfill on July 26, 2005.

4) During the July 26, 2005 inspection, RIDEM personnel observed the use of SEMASS ash, which was generated at the SEMASS cogeneration facility in West Wareham, Massachusetts (out of state waste) as controlled fill at Phase I.

5) During the July 26, 2005 inspection, RIDEM personnel observed a pile of SEMASS ash stockpiled at Phase I (unlined closed landfill).

6) During the July 26, 2005 inspection, RIDEM personnel observed inadequate erosion and sedimentation controls in the Phase I landfill.

C. Alleged Violations

Based on the findings of fact set forth above, RIRRC is found to be non-compliant with and is in violation of the following Statutes and Regulations:

(1) RIGL 23-18.9-5 Disposal of Refuse at other than a Licensed facility (a) No person shall dispose of solid waste at other than a solid waste management facility licensed by the Director.

(2) RIGL 23-19-13.1 Disposal of solid waste originating outside the state – Rules and regulations. (a) No person, firm, corporation, transfer station or any other entity engaged in the business of collecting, disposing, sorting, recycling, processing, manufacturing or remanufacturing of solid waste shall deposit or cause to be deposited solid waste that is generated or collected outside the territorial limits of this state at the central landfill. Each deposit in violation of the provisions of this subsection shall be punishable by imprisonment for up to (3) years and/or a fine not to exceed five thousand dollars ($5,000).

(3) Solid Waste Regulation No. 2, Rule 2.1.04 requires the facility to maintain and implement a Sedimentation and Erosion Control Plan as described in the facility Operating Plan.

D. Required Actions

The following actions are required in order for you to comply with the above-mentioned documents:

(1) Immediately cease the use of SEMASS ash as controlled fill at Phase I of Central Landfill.

(2) RIRRC shall provide documentation of all SEMASS ash received within fifteen (15) days.

(3) RIRRC shall provide recent analytical results within fifteen (15) days. If necessary, RIRRC shall sample and analyze the ash to determine whether or not the material is hazardous.

(4) RIRRC shall only be permitted to use material(s) as controlled fill after RIRRC obtains a written approval from RIDEM.

(5) RIRRC shall implement adequate erosion control measures during this capping project as per the approved sedimentation and erosion control plan.

E. Assessment of Penalty

This Notice constitutes a notice of intent to issue a Notice of Violation and assess an administrative penalty pursuant to R.I. General Laws Chapter 42-17.6 for any violations and/or continued noncompliance. Continued noncompliance will result in the issuance of a Notice of Violation which will include the assessment of an administrative penalty. Administrative penalties for violations of the Solid Waste Rules/Regulations may be as high as $25,000 per violation for each and every day that the violation continues to exist.

Within fifteen (15) days of receipt of this Notice, you must notify this office in writing of your intent to comply with the above-required actions in the time frame indicated.

FOR THE DIRECTOR

[signature] FOR

LEO HELLESTED, P.E., Chief
Office of Waste Management

Date: 8/11/05, 2005