UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**RHODE ISLAND RESOURCE RECOVERY CORPORATION**

**VS.** **C.A. NO. 05-451ML**

**RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, by and through its Director, W. Michael Sullivan and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

**JUDGMENT**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendant, United States Environmental Protection Agency, against the plaintiff, Rhode Island Resource Recovery Corporation, pursuant to the Memorandum and Order dated March 7, 2006 GRANTING defendant's Motion to Dismiss.**

**Judgment shall enter for the plaintiff, Rhode Island Resource Recovery Corporation against the defendant Rhode Island Department of Environmental Management, pursuant to the Memorandum and Order dated July 26, 2006 GRANTING IN PART and DENYING IN PART plaintiff's Motion for Summary Judgment.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: July 26, 2006